Henry Patrick Nelson, CSB #32249
Amber A. Logan, CSB #166395
***Nelson & Fulton***
Equitable Plaza, Suite 2800
3435 Wilshire Boulevard
Los Angeles, CA. 90010-2014
(213)365-2703 / Fax (213)365-9130
**nelson-fulton@covad.net**

Attorneys for Defendants, County of Los Angeles, Acosta, Barragan, Davis, Leon, Rodriguez, and Thomas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR VALDAVINOS, | CASE NO. CV 06-7580 JVS (SHx) |
| Plaintiff, | **AMENDED FINAL JUDGMENT UPON JURY VERDICT** |
| vs. | |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; OFFICER SANTANA; OFFICER DAVIS; OFFICER RODRIGUEZ; OFFICER THOMAS; OFFICER LEON; OFFICER BARRAGON and OFFICER ACOSTA, | Trial: September 18, 2008<br>Time : 9:00 a.m.<br>Place: Courtroom 10C<br>Judge: Hon. James V. Selna |
| Defendants, | |

Pursuant to the unanimous decision of the Jury documented upon the form of Special Verdict dated and signed September 18, 2008, by the Presiding Juror:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

1. Judgment upon all claims shall be entered in favor of defendant, County of Los Angeles and against the plaintiff Omar Valdovinos.

2. Judgment upon all claims shall be entered in favor of defendant, Mary Acosta and against the plaintiff, Omar Valdovinos.

3.   Judgment upon all claims shall be entered in favor of defendant, Phillip Barragon and against the plaintiff, Omar Valdovinos.

4.   Judgment upon all claims shall be entered in favor of defendant, Robert Davis and against the plaintiff, Omar Valdovinos.

5.   Judgment upon all claims shall be entered in favor of defendant, Antonio Leon and against the plaintiff, Omar Valdovinos.

6.   Judgment upon all claims shall be entered in favor of defendant, Frank Rodriguez and against the plaintiff, Omar Valdovinos.

7.   Judgment upon all claims shall be entered in favor of defendant, Robert Thomas and against the plaintiff, Omar Valdovinos.

8.   The defendants shall have and recover costs in the amount of $2,867.56 pursuant to the approved Bill of Costs together with post-judgment interest accrued thereon at the legal rate.

DATED: November 6, 2008

_____
HON. JAMES V. SELNA
United States District Judge